FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2023-2012
_____

TONY D. GOODWIN,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.
_____

Petition for Writ of Mandamus—Original Jurisdiction.


February 7, 2024


PER CURIAM.

The court dismisses as moot the petition for writ of mandamus asking us to compel the trial court to rule on two pending motions. The trial court has given the petitioner a ruling on the motions.

ROWE, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Tony D. Goodwin, pro se, Petitioner.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.